IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| MARCUS HERNANDEZ, et al. LLC, | § § § | |
| Plaintiffs, | § § | |
| v. | § § | CIVIL ACTION NO. H-17-689 |
| AIR RESOURCES AMERICAS, LLC | § § § | |
| Defendant. | § | |

## ORDER

The initial conference set for May 30, 2017 is cancelled. The initial conference is reset to **June 19, 2017** at 1:30 p.m. The parties should be prepared to argue any pending motions at that time.

SIGNED on May 12, 2017, at Houston, Texas.

Lee H. Rosenthal
Chief United States District Judge